```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **RANJIT D. WHISTLEON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
|  | ) 24-12921-WGY |
| **COMMONWEALTH OF** | ) |
| **MASSACHUSETTS/DISTRICT COURT,** | ) |
| Defendant. | ) |

FINAL ORDER OF DISMISSAL

YOUNG, D.J.

    In accordance with the Order dated January 13, 2025, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

SO ORDERED.

Date: January 14, 2025    By the Court,

                                    /s/ Jennifer Gaudet
                                    Deputy Clerk